**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **GEORGE VARVAREZIS,** *Plaintiff*, v. **STATE OF NEW JERSEY**, *et al.*, *Defendants*. | No. 22-cv-06670 **ORDER** |

**O'HEARN, District Judge.**

This matter comes before the Court on (1) a Motion to Dismiss filed by Defendants Kimberly Fulton, Kathleen Toy, and Frances Orth (the "Nurse Defendants"), (ECF No. 11), and (2) a Motion to Dismiss filed by the State of New Jersey, the Department of Children and Families, and its employees (the "State Defendants"). (ECF No. 14). The Court held a hearing pursuant to Local Civil Rule 78.1 on June 30, 2025. For the reasons set forth on the record,

**IT IS** on this 18th day of July, 2025,

**ORDERED** that the Nurse Defendants' Motion to Dismiss, (ECF No. 11), and the State Defendants' Motion to Dismiss, (ECF No. 14), are **GRANTED IN PART** and **DENIED IN PART**; and it is further

**ORDERED** that Plaintiff's claims under 42 U.S.C. § 1985 are **DISMISSED WITH PREJUDICE** for failure to state a claim; and it is further

**ORDERED** that Plaintiff's claims under 42 U.S.C. § 1983 are **DISMISSED WITHOUT PREJUDICE** for failure to state a claim; and it is further

**ORDERED** that, having dismissed all claims over which the Court has original jurisdiction, the Plaintiff's remaining state law claims (Counts I–II, IV–V) are **REMANDED** to the Superior Court of New Jersey, Law Division – Atlantic County, Docket No. ATL-L-002785-22; and it is finally

**ORDERED** that the Clerk of the Court shall close the case.

Christine P. O'Hearn

**CHRISTINE P. O'HEARN**
**United States District Judge**