**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**

**DATE OF PROCEEDINGS:** 7/18/25

**JUDGE CHRISTINE P. O'HEARN**
**COURT REPORTER**: Meta Goddard

**DOCKET NO.** 1:22-cv-6670 (CPO-EAP)

**TITLE OF CASE:**

**GEORGE VARVAREZIS**
*as Administrator ad Prosequendum for the heirs-at-law of MADISON JEANINE VARVAREZIS, deceased, and Administrator of the Estate of MADISON JEANINE VARVAREZIS, deceased, and individually*

v.

**STATE OF NEW JERSEY, et al**
*and its agents, servants, representatives and employees*

**APPEARANCES:**
Douglas Cody, Esquire for Plaintiff
Brian Hunkins, Esquire for State Defendants
Daniel DiFiglio, Esquire for Nurse Defendants
Robert Blanton, Jr., Esquire for Nurse Defendants

**NATURE OF PROCEEDINGS: ORAL DECISION**

Oral Decision on Motion to Dismiss filed by Defendants New Jersey Department of Children and Families, Judy Galati, Brenda Rzemyk, Shirley Heverly, Stephanie Schleckser, Arias Garcia, Tamika K. McNair, Jacqueline Liepe, Patricia Pope, Sheri Patouhas, Mary Motichka, and Stellamaris Joseph, ("State Defendants"), ECF No. 14.

Oral Decision on Motion to Dismiss filed by Defendants Kimberly Fulton, Kathleen Toy and Francis Orth, ("Nurse Defendants"), ECF No. 11.

**DISPOSITION:**

ORDERED Motion to Dismiss filed by Defendants New Jersey Department of Children and Families, Judy Galati, Brenda Rzemyk, Shirley Heverly, Stephanie Schleckser, Arias Garcia, Tamika K. McNair, Jacqueline Liepe, Patricia Pope, Sheri Patouhas, Mary Motichka, and Stellamaris Joseph, ("State Defendants"), ECF No. 14, is **GRANTED in Part and DENIED in Part** for the reasons stated on the record. Order to be entered.

ORDERED Motion to Dismiss filed by Defendants Kimberly Fulton, Kathleen Toy and Francis Orth, ("Nurse Defendants"), ECF No. 11, is **GRANTED in Part and DENIED in Part** for the reason stated on the record. Order to be entered.

Time Commenced: 12:00pm
Time Adjourned: 12:30pm
**Total Time: 30 Minutes**

*s/ Haley Minix*
DEPUTY CLERK